1002

No. M–47. BROOKS *v.* MCKINNEY ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–48. BETTS *v.* CONTAINER CORPORATION OF AMERICA ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time and for other relief denied.

No. 96–1654. MUSCARELLO *v.* UNITED STATES. C. A. 5th Cir.; and

No. 96–8837. CLEVELAND ET AL. *v.* UNITED STATES. C. A. 1st Cir. [Certiorari granted, 522 U. S. 1023.] Motion of petitioners for divided argument granted.

No. 96–1866. GEBSER ET AL. *v.* LAGO VISTA INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. [Certiorari granted, 522 U. S. 1011.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–156. BRAGDON *v.* ABBOTT ET AL. C. A. 1st Cir. [Certiorari granted, 522 U. S. 991.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–454. UNITED STATES *v.* BESTFOODS ET AL. C. A. 6th Cir. [Certiorari granted *sub nom. United States* v. *CPC International, Inc.*, 522 U. S. 1024.] Motion of respondents Aerojet-General Corp. et al. for divided argument denied. The Court will hear argument from respondent Bestfoods.

No. 97–6789. MOOMCHI *v.* NEW MEXICO CORRECTIONS DEPARTMENT ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [522 U. S. 1074] denied.

No. 97–7488. CADDY *v.* GOOD SAMARITAN HOSPITAL ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 30, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–7885. IN RE AZUZ. Petition for writ of habeas corpus denied.